## Julius Limbach, Plaintiff in Error, v. Jacob Vihon, Defendant in Error.

### Gen. No. 23,511.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES H. BOWLES, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed March 13, 1918.

### Statement of the Case.

Action by Julius Limbach, plaintiff, against Jacob Vihon, defendant, to recover $200 for legal services. From a judgment for defendant, plaintiff brings error.

JULIUS LIMBACH, *pro se;* GEORGE F. ORT, of counsel.

WILLIAM B. O'BRIEN and JACOB J. SCHWARTZ, for defendant in error.

MR. JUSTICE O'CONNOR delivered the opinion of the court.

### Abstract of the Decision.

1. ATTORNEY AND CLIENT, § 149a*—*what constitutes sufficient notice of attorney's lien.* A notice of an attorney's lien sent by plaintiff to defendant by registered mail, and admittedly received by defendant, constitutes a sufficient compliance with the Act of July 1, 1909, Laws 1909, p. 97 (J. & A. ¶ 611).

2. CHAMPERTY AND MAINTENANCE, § 7*—*when contract as to settlement of claim is void.* A contract between an attorney and his client providing that the client shall not settle or compromise his claim without the attorney's consent is void, notwithstanding the contract further provides that if the client should violate any of its provisions he should pay the attorney a certain amount, as such an agreement tends to foster and encourage litigation.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.